**STATE of Missouri, Respondent,**

**v.**

**Michael PATTERSON, Appellant.**

**No. WD 44378.**

Missouri Court of Appeals, Western District.

Dec. 3, 1991.

Thomas D. Pawley, IV, Asst. Public Defender, Jefferson City, for appellant.

Patricia S. Joyce, Asst. Pros. Atty., Jefferson City, for respondent.

Before SHANGLER, P.J., and BERREY and HANNA, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of sexual abuse in the third degree, § 566.120, RSMo 1986 (Repealed 1990), and from sentence of ninety days' confinement.

Judgment affirmed. Rule 30.25(b).